UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LANG NATURALS, INC.

v.                                                          CA 09-026 ML

BISCUITS LECLERC LTEE.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 5, 2009. Neither party has filed an objection. This Court, therefore, adopts the Report and Recommendation in its entirety. This action is hereby transferred to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 30 , 2009